TO THE COURT OF CRIMINAL APPEALS
OF TEXAS
JUSTICES

69,858-18

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

RE: MISCARRIAGE OF JUSTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DONALD WAYNE HEROD #1538539, TO APPEAL THESE MISCARRIAGE OF JUSTICE CLAIMS! TO THE COURT WHEN SENATE BILL 344 BY JOHN WHITMIRE "SENATOR" PREPOSED THE BILL THAT LATER BECAME LAW THERE WAS NO INSTRUCTIONS OF HOW AN OUTLINE OF THIS BILL WAS SUPPOSED TO BE WRITTEN, AND WHEN IT BECAME LAW THERE IS STILL NO INSTRUCTIONS OF HOW IT IS SUPPOSE TO BE WRITTEN, SO I DID THE BEST I COULD WITH MY KNOWLEDGE, I THOUGHT IT CAME OUT PRETTY GOOD CONSIDERING I'M A 9th GREADER DROP OUT WITH DEXLEXIA! IN ALL OF THESE WRITS BEFORE YALL THERE IS THE SAME QUESTION WHERE IS THE BLOOD SAMPLE! IN THE CODE OF CRIMINAL PROCEDURE ARTICLE 18.01 IT SAYS IF A PERSON REFUSES ALL ALCOHOL TESTING A MAGISRATE SHALL ORDER A BLOOD SAMPLE TAKEN UNDER A SEARCH WARRANT, UNDER BLACK'S LAW DICTIONARY "EIGHTH EDITION" UNDER BLOOD ALCOHOL CONTENT "BEST NONE AS B.A.C. TEST" IT TALKS ABOUT ALCOHOL IN ONE'S BLOOD STREAM EXPRESSED AS A PERCENTAGE. THE B.A.C. TEST IS OWN THE COURT PAPERS. OUT OF ALL THESE YEARS I DID NOT KNOW JUST HOW TO PRESENT YALL WITH WHAT I DO NO ABOUT THESE ALLEDGED CLAIMS

INTELL THIS TIME I GOT FEED UP BEING A PERSON SOME BODY PROJECTED ME AS. I HAVE MADE CONTACT WITH EACH OF THE COURT ROOMS, THE ONLY TWO WHO HAVE GIVEN ME TROUBLE IS THE 8th COURT ROOM OF HARRIS COUNTY, UNDER CAUSE NO# 0782792, AND THE OTHER ONE IS 2 COURT ROOM OF HARRIS COUNTY, THE REST YALL HAVE. IN THE 351st JUDICIAL DISTRICT COURT OF HARRIS COUNTY CAUSE NO# 0727095, WRIT NO# WR-69,858-18, I did TRY TO TAKE THE BREATH TEST BUT IT CAME OUT "INCLUSIVE" AND THEY WOULD NOT GIVE ME A BLOOD TEST THAT WOULD SHOWN I WAS NOT DRUNK!

## INMATES UNSWORN DECLARATION

I DONALD WAYNE HEROD #1538539, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTION DIVISION AT THE McCONNELL UNIT AT BEEVILLE, TX. HERE BY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

EXECUTED ON THIS THE 23RD DAY OF MARCH, 2015

RESPECTFULLY SUBMITTED,

Donald Wayne Herod

DONALD WAYNE HEROD #1538539

McCONNELL UNIT

300 SOUTH EMILY DRIVE

BEEVILLE, TX. 78102